UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,                      CRIMINAL ACTION: 06-20627-1

v.                                     HONORABLE PAUL D. BORMAN

RICKY LEE MARTIN,

       Defendant(s).

_____/

## ORDER

IT IS ORDERED that defendant's motion to suppress evidence is **DENIED** for the reasons stated on the record.

IT IS FURTHER ORDERED that defendant's motions to compel and for disclosure are **DENIED AS MOOT.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: March 26, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 26, 2007.

                                        s/Denise Goodine
                                        Case Manager